IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ELECTRONIC ARTS INC. SECURITIES LITIGATION<br><br>This Document Relates to: cases nos. 05-1325, 05-1527, 05-1613, 05-1616, 05-1648 / | No. C-05-1219 MMC<br><br>**ORDER CLOSING CONSOLIDATED CASES FOR STATISTICAL PURPOSES ONLY** |

The following cases have been consolidated for all further proceedings with <u>In re Electronic Arts Inc. Securities Litigation</u>, C-05-1219 MMC:

<u>Taubenfeld v. Electronic Arts, Inc.</u>, C-05-1325 MMC
<u>Swantko v. Electronic Arts, Inc.</u>, C-05-1527 MMC
<u>Raspa v. Electronic Arts, Inc.</u>, C-05-1613 MMC
<u>Simpson v. Electronic Arts, Inc.</u>, C-05-1616 MMC
<u>Wilson v. Electronic Arts, Inc.</u>, C-05-1648 MMC

As all ongoing matters are being filed in case no. C-05-1219 MMC, there appears to be no reason at this time to maintain the remainder of the cases as open files for statistical purposes. Accordingly, said cases are hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of these actions, and, should further proceedings become necessary or desirable, any party may initiate them in the same manner as if this order has not been entered.

**IT IS SO ORDERED.**

Dated: August 5, 2005

MAXINE M. CHESNEY
United States District Judge